IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TONY BEARDEN                                              Plaintiff

    v.                        Case No. 06-04021

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION
OF THE UNITED STATES OF AMERICA                          Defendant

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of this Judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 8th day of February, 2007.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge